IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BROOKE SAYERS, individually, as parent and general guardian of J.B., a minor, and on behalf of all others similarly situated,**<br><br>*Plaintiff,*<br><br>v.<br><br>**CONNEXIN SOFTWARE INC. d/b/a OFFICE PRACTICUM,**<br><br>*Defendant.* | **Case No. 2:22-cv-05099-JDW** |

## ORDER

**AND NOW**, this 23rd day of January, 2023, upon review of the Plaintiff Brooke Sayers's Notice Of Consent to Consolidation dated January 20, 2023, it is **ORDERED** that the above captioned case is consolidated with those cases already consolidated under the lead case, *Nelson v. Connexin Software, Inc.*, No. 2:22-cv-04676, pursuant to Fed. R. Civ. P. 42(a).

It is **FURTHER ORDERED** that all pleadings shall be filed under the lead case. The Clerk of Court shall place *Sayers v. Connexin Software, Inc.*, 2:22-cv-05099-JDW, in civil suspense until further order of the Court.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.